# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company) |
| Defendant 2 | AGC CHEMICALS AMERICAS, INC. |
| Defendant 3 | ALLSTAR FIRE EQUIPMENT |
| Defendant 4 | AMEREX CORPORATION |
| Defendant 5 | ARCHROMA U.S., INC. |
| Defendant 6 | ARKEMA INC. |
| Defendant 7 | BASF CORPORATION, individually and as successor in interest to Ciba, Inc. |
| Defendant 8 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 9 | CARRIER GLOBAL CORPORATION |
| Defendant 10 | CB GARMENT, INC. |
| Defendant 11 | CHEMDESIGN PRODUCTS INC. |
| Defendant 12 | CHEMGUARD INC. |
| Defendant 13 | CHEMICALS INCORPORATED |
| Defendant 14 | CHEMOURS COMPANY FC, LLC |
| Defendant 15 | CHUBB FIRE LTD. |
| Defendant 16 | CLARIANT CORPORATION |
| Defendant 17 | CORTEVA, INC. |
| Defendant 18 | DAIKIN AMERICA, INC. |
| Defendant 19 | DEEPWATER CHEMICALS INC. |
| Defendant 20 | DUPONT DE NEMOURS, INC. (f/k/a DOWDUPONT INC.) |
| Defendant 21 | DYNAX CORPORATION |
| Defendant 22 | E.I. DU PONT DE NEMOURS AND COMPANY |
| Defendant 23 | FIRE-DEX, LLC |
| Defendant 24 | FIRE SERVICE PLUS, INC. |
| Defendant 25 | GLOBE MANUFACTURING COMPANY LLC |
| Defendant 26 | HONEYWELL SAFETY PRODUCTS USA, INC. |
| Defendant 27 | INNOTEX CORP. |

| | |
|---|---|
| Defendant 28 | JOHNSON CONTROLS, INC. |
| Defendant 29 | KIDDE PLC, INC. |
| Defendant 30 | L.N. CURTIS & SONS |
| Defendant 31 | LION GROUP, INC. |
| Defendant 32 | MALLORY SAFETY AND SUPPLY LLC |
| Defendant 33 | MILLIKEN & COMPANY |
| Defendant 34 | MINE SAFETY APPLIANCES COMPANY, LLC |
| Defendant 35 | MUNICIPAL EMERGENCY SERVICES, INC |
| Defendant 36 | NATION FORD CHEMICAL COMPANY |
| Defendant 37 | NATIONAL FOAM, INC. |
| Defendant 38 | PBI PERFORMANCE PRODUCTS, INC. |
| Defendant 39 | PERIMETER SOLUTIONS, LP |
| Defendant 40 | RAYTHEON TECHNOLOGIES CORPORATION |
| Defendant 41 | RICOCHET MANUFACTURING COMPANY, INC |
| Defendant 42 | SAFETY COMPONENTS FABRIC TECHNOLOGIES, INC |
| Defendant 43 | SOUTHERN MILLS INC |
| Defendant 44 | STEDFAST USA INC. |
| Defendant 45 | THE CHEMOURS COMPANY |
| Defendant 46 | TYCO FIRE PRODUCTS LP, as successor-in-interest to The Ansul Company |
| Defendant 47 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 48 | UTC FIRE & SECURITY AMERICAS CORP., INC. (f/k/a GE Interlogix, Inc.) |
| Defendant 49 | VERIDIAN LIMITED |
| Defendant 50 | W.L. GORE & ASSOCIATES INC. |
| Defendant 51 | WITMER PUBLIC SAFETY GROUP, INC. |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on: **Diversity** and **The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)**

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

    - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiffs Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer
    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

    Count I — Defective Design
    Count II — Failure to Warn
    Count III — Negligence
    Count IV — Negligence Per Se
    Count V — Trespass and Battery
    Count VI — Strict Product Liability
    Count VII — Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
    Count VIII — Concealment, Misrepresentation, and Fraud
    Count IX — Conspiracy
    Count X — Wrongful Death
    Count XI — Loss of Consortium

    <u>Other Causes of Action</u>:
    Count XII — <u>Wantonness</u>
    Count XIII — <u>Breach of Express and Implied Warranties</u>
    Count XIV — _____
    Count XV — _____
    Count XVI — _____
    Count XVII — _____
    Count XVIII — _____
    Count XIX — _____
    Count XX — _____

Others
_____
_____
_____

**<u>Jury Demand</u>**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: Sept. 4, 2025

Respectfully Submitted,

**Marc J. Bern & Partners, LLP**

<u>By: /s/ *Joseph Y. Shenkar*</u>
Joseph Y. Shenkar (Federal Bar # 10861)
Marc J. Bern & Partners, LLP
101 West Elm St., Suite 520
Conshohocken, PA 19428
Phone: (803) 315-3357
Email: jshenkar@bernllp.com
Fax: (610) 941-9880

**ATTORNEY FOR PLAINTIFF**

**Exhibit A to Short Form Complaint in re: Aqueous Film-Forming Foams Products Liability Litigation MDL2873[1]**

| P's Number | Plaintiff Name (if injured party is deceased or Incapacitated, style as "PlaintiffName o/b/o Injured/deceased Part Plaintiff Name" | DOB (of injured party) | State of Residence | Zip Code | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer, and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Alaniz, Rudy | 1979-09-23 | TX | 76513 | Western District of Texas | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 2 | Alcantar, Jose | 1983-09-24 | TX | 75167 | Northern District of Texas | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 3 | Alcantar, Alyssa | Unknown | TX | 75167 | Northern District of Texas | N/A | N/A | N/A | N/A | Count: XI |
| 4 | Appel, Troy | 1963-12-01 | CO | 81005 | District of Colorado | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 5 | Appel, Julie Ulu Wehi | Unknown | CO | 81005 | District of Colorado | N/A | N/A | N/A | N/A | Count: XI |
| 6 | Austin, Tracy | 1969-09-17 | SC | 29341 | District of South Carolina | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 7 | Ayers, Richard | 1947-02-08 | OK | 74868 | Eastern District of Oklahoma | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 8 | Bailey, Paul | 1965-02-08 | SC | 29550 | District of South Carolina | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 9 | Bates, Don | 1946-11-12 | TX | 76365 | Northern District of Texas | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 10 | Bates, Claudia | Unknown | TX | 76365 | Northern District of Texas | N/A | N/A | N/A | N/A | Count: XI |
| 11 | Baxter, Willie | 1968-01-31 | TX | 76063 | Northern District of Texas | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 12 | Beaty, Thomas | 1949-06-01 | AL | 36048 | Middle District of Alabama | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 13 | Bird, Levi | 1965-09-30 | SC | 29078 | District of South Carolina | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 14 | Blokker, Wesley | 1981-11-29 | OK | 73505 | Western District of Oklahoma | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 15 | Bloomer, George | 1970-09-10 | FL | 32955 | Middle District of Florida | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 16 | Bloomer, Michelle | Unknown | FL | 32955 | Middle District of Florida | N/A | N/A | N/A | N/A | Count: XI |
| 17 | Bolles, Rhonda | 1971-01-27 | KY | 40291 | Western District of Kentucky | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 18 | Bordeaux, Gina | 1972-10-02 | VA | 23503 | Eastern District of Virginia | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 19 | Brooks, Justin | 1965-07-20 | NH | 3836 | District of New Hampshire | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 20 | Brown, Deena | 1959-06-10 | OH | 45402 | Southern District of Ohio | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 21 | Brown, Derrick | 1968-11-08 | MO | 63112 | Eastern District of Missouri | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 22 | Brown, Kimberlee | 1980-07-20 | SC | 29449 | District of South Carolina | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 23 | Burton, Sinnamon | 1983-05-08 | TX | 79908 | Western District of Texas | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 24 | Bushong, Dwight | 1986-06-04 | KY | 42101 | Western District of Kentucky | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 25 | Camp, Jomil | 1993-06-07 | FL | 33032 | Southern District of Florida | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 26 | Campos, Jose | 1965-03-19 | FL | 33015 | Southern District of Florida | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 27 | Capps, Kenneth | 1972-02-18 | NC | 27316 | Middle District of North Carolina | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 28 | Carley, David | 1976-12-13 | TX | 78664 | Western District of Texas | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 29 | Corr, Pamela | 1971-07-05 | NC | 28304 | Eastern District of North Carolina | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 30 | Corr, Walter Dewain | Unknown | NC | 28304 | Eastern District of North Carolina | N/A | N/A | N/A | N/A | Count: XI |
| 31 | Crowley jr, Leverne | 1980-03-30 | SC | 29584 | District of South Carolina | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 32 | Curry, Danielle | 1994-12-01 | VA | 23323 | Eastern District of Virginia | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 33 | Davis, Roger | 1969-02-26 | AL | 35976 | Northern District of Alabama | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 34 | Dennis Mealey, Lashone | 1975-02-22 | LA | 70791 | Middle District of Louisiana | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 35 | DeSantis, Vincent | 1964-03-12 | NJ | 8753 | District of New Jersey | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 36 | Dickey, Silvia | 1990-11-27 | DC | 20017 | District of Columbia | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 37 | Dickinson, Gene | 1980-12-18 | CT | 06483 | District of Connecticut | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 38 | Dickinson, Channa | Unknown | CT | 06483 | District of Connecticut | N/A | N/A | N/A | N/A | Count: XI |
| 39 | Dray, Edward | 1988-07-29 | KY | 40965 | Eastern District of Kentucky | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 40 | Dray, Tamara | Unknown | KY | 40965 | Eastern District of Kentucky | N/A | N/A | N/A | N/A | Count: XI |
| 41 | Dufour, Carl | 1952-02-17 | IL | 62208 | Southern District of Illinois | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 42 | Edwards, Jackson | 1957-02-14 | MO | 64862 | Western District of Missouri | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 43 | Eekhoff, Peter | 1977-11-17 | TX | 76354 | Northern District of Texas | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 44 | Eekhoff, Suzanne | Unknown | TX | 76354 | Northern District of Texas | N/A | N/A | N/A | N/A | Count: XI |
| 45 | Ellis, Lawrence | 1969-08-13 | ID | 83661 | District of Idaho | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |

1. Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
2. No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| # | Name | DOB | State | ZIP | District | | | | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|---|
| 46 | Evans, Tiffany | 1981-12-11 | MS | 39345 | Southern District of Mississippi | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 47 | Fields, Tina | 1960-01-23 | MO | 64030 | Western District of Missouri | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 48 | Foster, Robert | 1965-10-25 | GA | 30650 | Northern District of Georgia | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 49 | Fowler, Kenneth | 1962-10-25 | OK | 73501 | Western District of Oklahoma | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 50 | Francisco Jimenez, Correy | 1971-10-11 | TX | 79911 | Western District of Texas | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 51 | Fry, Jeffery | 1974-07-10 | OK | 74035 | Northern District of Oklahoma | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 52 | Giacomo, Charles | 1959-09-26 | FL | 32561 | Northern District of Florida | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 53 | Giacomo-Tirella, Linda | Unknown | FL | 32561 | Northern District of Florida | N/A | N/A | N/A | N/A | Count: XI |
| 54 | Gilbert, Charles | 1963-01-17 | SC | 29645 | District of South Carolina | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 55 | Gomez, Ronald | 1966-11-30 | AZ | 85283 | District of Arizona | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 56 | Grace, Stephen | 1953-07-27 | CO | 81007 | District of Colorado | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 57 | Grace, Debra | Unknown | CO | 81007 | District of Colorado | N/A | N/A | N/A | N/A | Count: XI |
| 58 | Gracia, Roberto | 1972-05-11 | TX | 76017 | Northern District of Texas | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 59 | Graves, Dan | 1971-10-26 | FL | 34609 | Middle District of Florida | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 60 | Guardiola, Felipe | 1981-10-16 | GA | 31401 | Southern District of Georgia | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 61 | Hamernick, Ronald | 1963-05-22 | LA | 70605 | Western District of Louisiana | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 62 | Hardman, Hilarie | 1980-01-07 | UT | 84029 | District of Utah | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 63 | Hatcher, Jamie | 1981-12-14 | CO | 80863 | District of Colorado | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 64 | Haynes, Jonathan | 1987-09-30 | GA | 31014 | Middle District of Georgia | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 65 | Hernandez, Paul | 1969-12-25 | NM | 87123 | District of New Mexico | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 66 | Heston, James | 1952-09-28 | DE | 19968 | District of Delaware | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 67 | Hosea, Lauretta | 1957-06-11 | GA | 31419 | Southern District of Georgia | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 68 | Hulsizer, Chad | 1964-11-29 | FL | 32570 | Northern District of Florida | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 69 | Jensen, Christine | 1953-12-27 | ID | 83501 | District of Idaho | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 70 | Johnson, Michael | 1972-07-02 | VA | 23188 | Eastern District of Virginia | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 71 | Jonas, Gregori | 1979-08-21 | AL | 35810 | Northern District of Alabama | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 72 | Jordan, Fred | 1950-08-01 | AL | 36866 | Middle District of Alabama | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 73 | Jordan, Michel | 1972-01-31 | TX | 76522 | Western District of Texas | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 74 | Kelly, Kendrix | 1985-11-26 | CT | 6511 | District of Connecticut | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 75 | Kelton, Kenneth | 1958-11-22 | TX | 76365 | Northern District of Texas | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 76 | Kinney, Matthew | 1978-09-25 | TX | 75760 | Eastern District of Texas | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 77 | Kinney, Trisha | Unknown | TX | 75760 | Eastern District of Texas | N/A | N/A | N/A | N/A | Count: XI |
| 78 | Landsteiner, Peter | 1953-12-04 | TX | 78108 | Western District of Texas | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 79 | Llacuna, Steven | 1977-08-31 | TX | 77904 | Southern District of Texas | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 80 | Lomas, Kevin | 1960-09-13 | IN | 46385 | Northern District of Indiana | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 81 | Longozo, Wayne | 1966-09-19 | WA | 98270 | Western District of Washington | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 82 | Louks, Jay | 1954-02-14 | OH | 43230 | Southern District of Ohio | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 83 | Louks, Kimberly | Unknown | OH | 43230 | Southern District of Ohio | N/A | N/A | N/A | N/A | Count: XI |
| 84 | Martin, Garrett | 1987-10-08 | GA | 30533 | Northern District of Georgia | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 85 | Martin, Jayne | 1955-12-17 | MI | 49015 | Western District of Michigan | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 86 | Martinez, Hamilton | 1960-12-20 | TX | 78244 | Western District of Texas | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 87 | Mathis, Savannah | 1989-10-22 | GA | 31217 | Middle District of Georgia | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 88 | McDonald, Jerry | 1946-05-19 | MI | 49058 | Western District of Michigan | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 89 | McDonald, Nancy | Unknown | MI | 49058 | Western District of Michigan | N/A | N/A | N/A | N/A | Count: XI |
| 90 | McGhee, Sonia | 1962-01-18 | NY | 10954 | Southern District of New York | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 91 | Mckinley, Thomas | 1958-11-08 | MS | 39666 | Southern District of Mississippi | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 92 | Mcmanaman, James | 1967-02-25 | IA | 51023 | Northern District of Iowa | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 93 | McNiel, Eugene | 1975-02-19 | NM | 87144 | District of New Mexico | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 94 | Mercer, Justice | 1982-07-04 | FL | 32708 | Middle District of Florida | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 95 | Messam, Lloyd | 1964-05-11 | FL | 34953 | Southern District of Florida | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 96 | Messam, Joann | Unknown | FL | 34953 | Southern District of Florida | N/A | N/A | N/A | N/A | Count: XI |
| 97 | Milan, Sharene | 1983-05-13 | VA | 23462 | Eastern District of Virginia | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 98 | Moment, Elizabeth | 1974-03-15 | FL | 33455 | Southern District of Florida | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 99 | Moran, Dana | 1949-03-21 | OH | 43025 | Southern District of Ohio | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 100 | Morgan, Charles | 1975-02-12 | AR | 71764 | Western District of Arkansas | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 101 | Myers, Kim | 1953-08-28 | ID | 83544 | District of Idaho | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 102 | Nelson, Jerry | 1956-01-18 | GA | 31721 | Middle District of Georgia | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 103 | Newton, Jeffrey | 1969-10-05 | KY | 40165 | Western District of Kentucky | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 104 | Threlkel, Christy | Unknown | KY | 40165 | Western District of Kentucky | N/A | N/A | N/A | N/A | Count: XI |
| 105 | Nguyen, Joshua | 1985-09-27 | IA | 52228 | Northern District of Iowa | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 106 | O'Farrell, Robert | 1978-06-14 | PA | 17363 | Middle District of Pennsylvania | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 107 | O'Farrell, Brittany | Unknown | PA | 17363 | Middle District of Pennsylvania | N/A | N/A | N/A | N/A | Count: XI |
| 108 | Oyler, Sheri | 1956-02-18 | AZ | 85541 | District of Arizona | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 109 | Portz, Steven | 1976-06-14 | AZ | 85603 | District of Arizona | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VII, VIII, IX, XII, XI |
| 110 | Putney, Joseph | 1974-01-03 | MO | 65762 | Western District of Missouri | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 111 | Ramirez, Guadalupe | 1990-02-21 | LA | 70117 | Eastern District of Louisiana | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 112 | Richardson, Ronald E | 1953-03-23 | MS | 39520 | Southern District of Mississippi | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 113 | Rickey, Randall | 1974-04-09 | OK | 73018 | Western District of Oklahoma | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 114 | Roeschen, Jacob | 1991-02-18 | TX | 77802 | Southern District of Texas | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 115 | Rojas Barrios, Luis | 1972-09-07 | MD | 20904 | District of Maryland | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 116 | Rojas, Jose | 1980-12-16 | NY | 10804 | Southern District of New York | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 117 | Rummel, Richard | 1970-12-06 | AZ | 85756 | District of Arizona | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 118 | Schultz, Margie | 1958-08-30 | CT | 6437 | District of Connecticut | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 119 | Sefton, Charles | 1949-01-20 | IN | 46237 | Southern District of Indiana | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 120 | Sefton, Regina | Unknown | IN | 46237 | Southern District of Indiana | N/A | N/A | N/A | N/A | Count: XI |
| 121 | Shamaly, Jannette | 1973-08-31 | MD | 20721 | District of Maryland | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 122 | Shavers-Talley, Jabien Kyle | 1987-03-11 | MD | 20708 | District of Maryland | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 123 | Silvas, Robert | 1965-11-19 | TX | 78213 | Western District of Texas | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 124 | Sims, Kenneth | 1957-10-18 | TX | 77406 | Southern District of Texas | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 125 | Sims, Vanessa | Unknown | TX | 77406 | Southern District of Texas | N/A | N/A | N/A | N/A | Count: XI |
| 126 | Smith, Mark | 1965-07-03 | OK | 73505 | Western District of Oklahoma | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 127 | Sneddon, William | 1959-11-06 | FL | 34420 | Middle District of Florida | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 128 | Stevens, Charles | 1956-12-12 | NV | 89084 | District of Nevada | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 129 | Tetterton, David | 1956-02-16 | UT | 84401 | District of Utah | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 130 | Thomas, Dave | 1964-02-13 | IN | 47456 | Southern District of Indiana | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 131 | Thomas, Joshual | 1974-01-10 | PA | 18419 | Middle District of Pennsylvania | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 132 | Tracy, Kevin | 1982-02-16 | KS | 66442 | District of Kansas | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 133 | Traverzo, Marcos | 1980-01-16 | GA | 31831 | Middle District of Georgia | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 134 | Irizarry, Lydia | Unknown | GA | 31831 | Middle District of Georgia | N/A | N/A | N/A | N/A | Count: XI |
| 135 | Vazquez, Maria | 1977-09-20 | WA | 98503 | Western District of Washington | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 136 | Voth, Katherine | 1975-03-26 | OR | 97702 | District of Oregon | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 137 | Walker, Virginia | 1952-12-12 | GA | 31009 | Southern District of California | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 138 | Walker Jr, Willie | Unknown | GA | 31009 | Southern District of California | N/A | N/A | N/A | N/A | Count: XI |
| 139 | Wamsley, Derek | 1980-09-13 | AL | 35055 | Northern District of Alabama | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 140 | Wamsley, Amanda | Unknown | AL | 35055 | Northern District of Alabama | N/A | N/A | N/A | N/A | Count: XI |
| 141 | Wheatley, Pamela | 1961-03-09 | TN | 37932 | Eastern District of Tennessee | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 142 | Wheeless, William | 1979-01-31 | TX | 76905 | Northern District of Texas | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 143 | Wick, James | 1947-01-28 | WA | 98516 | Western District of Washington | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 144 | Williams, Rodney | 1966-11-25 | TX | 78255 | Western District of Texas | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 145 | Wills, Adam | 1973-06-12 | MI | 48507 | Eastern District of Michigan | Yes | No | Yes | Thyroid Cancer | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 146 | Wills, Michelle | Unknown | MI | 48507 | Eastern District of Michigan | N/A | N/A | N/A | N/A | Count: XI |
| 147 | Wilson, Raymond | 1983-03-27 | MS | 39648 | Southern District of Mississippi | Yes | No | Yes | Testicular Cancer | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 148 | Wilson, Carolyn | Unknown | MS | 39648 | Southern District of Mississippi | N/A | N/A | N/A | N/A | Count: XI |
| 149 | Woodell, Alex | 1972-08-31 | AR | 71861 | Western District of Arkansas | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |
| 150 | Wright, Rhonda | 1965-09-30 | AL | 36832 | Middle District of Alabama | Yes | No | Yes | Thyroid Disease | ounts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XI |